FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-21-00101-CV

**SHAPE RANCH, LTD.**, and Hugh Fitzsimons, III,
Appellants

v.

**ENG SAN MIGUEL DEVELOPMENT, LLC**, ETNA Energy, LLC and Endeavor Natural
Gas, LP,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 21-01-13958-DCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

In their docketing statement, Appellants asked this court to order the parties to mediate their dispute. Appellees filed a written response objecting to mediation.

Appellants' request to order mediation is DENIED.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court